

# Fourth Court of Appeals
## San Antonio, Texas

October 18, 2022

No. 04-22-00647-CV

**IN RE** Denise Marie **RAMOS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Luz Elena D. Chapa, Justice
               Beth Watkins, Justice
               Lori I. Valenzuela, Justice

On September 30, 2022, relator filed a petition for writ of mandamus. Relator represented in her petition that copies of the relevant summary judgment orders[2] would be included in her appendix. Relator's appendix does not contain the relevant summary judgment orders. We **ORDER** relator to file a supplemental appendix containing the relevant summary judgment orders **on or before October 24, 2022**.

This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). Respondent and real party in interest may file a response to the petition in this court **on or before fifteen days** from the date the supplemental appendix is filed. Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on October 18, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

---

[1] This proceeding arises out of Cause No. 2018-CI-21009, styled *In the Matter of the Marriage of Denise Marie Ramos and Reynaldo Esparza Jr*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.

[2] The relevant summary judgment orders include rulings on relator's claims for an informal marriage, breach of contract, real estate fraud, and quantum meruit.